# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 2:16-cv-07881-RSWL-JCx | Date | December 6, 2016 |
|---|---|---|---|
| Title | Michael Grecco Productions, Inc. v. Complex | | |

| Present: The Honorable | RONALD S.W. LEW,  Senior  U.S. District  Judge |
|---|---|

| Joseph Remigio | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**     **IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR LACK OF PROSECUTION**

It is the responsibility of plaintiff to respond promptly to all Orders and to prosecute the action diligently, including filing proofs of service and stipulations extending time to respond.  If necessary, plaintiff/s must also pursue Rule 55 remedies promptly upon default of any defendant.  All stipulations affecting the progress of the case must be approved by the Court, Local Rule 7-1.

The file in this case lacks the papers that would show it is being timely prosecuted, as reflected below.  Accordingly, the Court, on its own motion, hereby orders plaintiff /s to show cause in writing no later than **December 13, 2016**, why this action should not be dismissed for lack of prosecution.

As an alternative to a written response by plaintiff(s), the Court will accept one of the following, if it is filed on or before the above date, as evidence that the matter is being prosecuted diligently.

- **Defendant/s' Answer/Response to the Complaint <u>or</u> Plaintiff's Request for Entry of Default on defendant/s.**

No oral argument of this matter will be heard unless ordered by the Court.  The Order will stand submitted upon the filing of a responsive pleading or motion on or before the date upon which a response by plaintiff/s is due.

<u>**Plaintiff is to serve notice of this Order on all named parties in this action who have been served but have not yet appeared.**</u>

Failure to comply with this order may result in the dismissal of this action.

|  | : | 00 |
|---|---|---|
| Initials of Preparer | JRE | |